

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2019

No. 04-18-00849-CV

Craig Erich **HEILMANN**,
Appellant

v.

Deanna Rae **HEILMANN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-02542
Honorable Laura Salinas, Judge Presiding

# O R D E R

The appellee's brief was originally due to be filed on September 19, 2019. The appellee's first motion for extension of time was granted, extending the deadline for filing the brief to October 21, 2019.

On October 21, 2019, the appellee filed a second motion for extension of time requesting an additional extension of time to file the brief until November 20, 2019, for a total extension of sixty days. By order dated October 24, 2019, the second motion for extension of time was granted, extending the deadline to file appellee's brief to November 20, 2019. The order stated, "**THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEE WILL BE GRANTED**. The appellee's brief must be filed by November 20, 2019, or the case may set 'at issue' and submitted without the appellee's brief."

On November 19, 2019, the appellee filed a third motion for extension of time requesting an additional fourteen-day extension of time to file the brief until December 4, 2019. The motion is GRANTED. If appellee's brief is not filed by December 4, 2019, the appeal will be set at issue for submission without an appellee's brief.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2019.



Michael A. Cruz,
Clerk of Court